UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY EMON BANKS,<br><br>              Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CASE NO. C16-0909JLR<br><br>MINUTE ORDER DIRECTING SUPPLEMENTAL BRIEFING |

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    Jeffrey Emon Banks petitions to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 for ineffective assistance of counsel. (Mot. (Dkt. # 1).) Mr. Banks's ineffective assistance of counsel claim rests primarily on his trial counsel's failure to argue that Mr. Banks's sentence was impermissibly enhanced under the United States Sentencing Guidelines (the "Guidelines"), U.S.S.G. § 2k2.1(a)(4), based on Mr. Banks's prior conviction for second-degree robbery in Washington State. (Mot. (Dkt. # 1).) The

MINUTE ORDER - 1

court has held that the recent Supreme Court decision, *Johnson v. United States*, ---U.S.---, 135 S. Ct. 2551 (2015), applies to invalidate the Guidelines' residual clause and applies retroactively. *Lilley v. United States*, No. C16-0410JLR, 2016 WL 6997037, at *7 (W.D. Wash. Nov. 30, 2016); *Carpio v. United States*, No. C16-0647JLR, 2016 WL 6395192, at *3 (W.D. Wash. Oct. 28, 2016). In addition, the court has held that Washington second-degree robbery was a sentence-enhancing predicate felony only by reference to the now-invalidated residual clause of the Guidelines. *See Lilley*, 2016 WL 6997037, at *17-20.

The court directs the parties to file simultaneous supplemental briefing on two questions: (1) whether, in addition to stating an ineffective assistance of counsel claim, Mr. Banks's petition also makes a claim for habeas relief pursuant to *Johnson*, and (2) the merits of a substantive *Johnson* claim in Mr. Banks's case. The parties' supplemental briefing is due no later than Wednesday, March 8, 2017, and each party's supplemental brief is limited to twelve (12) pages. Neither party is permitted to file a response or other briefing unless the court orders otherwise.

Filed and entered this 21st day of February, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk