THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| JEFFREY EMON BANKS, | NO. C16-0909-JLR |
|---|---|
| Petitioner, | STIPULATED AGREEMENT TO CONTINUE DATE FOR FILING SUPPLEMENTAL BRIEFING |
| vs. | |
| UNITED STATES OF AMERICA, | Noted for March 6, 2017 |
| Respondent. | |

On February 21, 2017, this Court entered an order directing supplemental briefing in this matter due March 8, 2017. This morning the United States Supreme Court entered its decision in *Beckles v. United States*, No. 15-8544, which substantially alters the status quo. Counsel needs additional time to review and digest the opinion. Defense counsel needs additional time to consult with her client.

The parties agree that any supplemental briefs, if necessary, should be filed on March 15, 2017.

DATED this 6th day of March 2017.

Respectfully submitted:

s/Suzanne Lee Elliott
Suzanne Lee Elliott, WSBA 12634
Attorney for Jeffrey Emon Banks
Law Office of Suzanne Lee Elliott

STIPULATED CONTINUANCE – 1

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186

705 Second Avenue, Suite 1300
Seattle, WA 98104
(206) 623-0291
Fax (206) 623-2186
Email: suzanne@suzanneelliottlaw.com

<u>Approved Via Email</u>
Vince Lombardi
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, I filed the foregoing document with the United States District Court Western District of Washington via the CM/ECF system, which will serve a copy via email on opposing counsel, Vincent Lombardi.

I also certify that on March 6, 2017, I served one copy of the foregoing document in paper format on Mr. Jeffrey Emon Banks, No. 40170-086, FCI Berlin, P.O. Box 9000, Berlin, NH 03570.

s/Suzanne Lee Elliott
Suzanne Lee Elliott, WSBA 12634
Law Office of Suzanne Lee Elliott
705 Second Avenue, Suite 1300
Seattle, WA 98104
(206) 623-0291
Fax (206) 623-2186
Email: suzanne@suzanneelliottlaw.com

STIPULATED CONTINUANCE – 2

LAW OFFICE OF SUZANNE LEE ELLIOTT
1300 Hoge Building
705 Second Avenue
Seattle, Washington 98104-1705
(206) 623-0291
FAX (206) 623-2186

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY EMON BANKS, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | NO. C16-0909-JLR <br><br> [~~PROPOSED~~] ORDER CONTINUING DATE FOR FILING SUPPLEMENTAL BRIEFING |

The Court, having considering the parties' Stipulated Agreement to Continue Date for Filing Supplemental Briefing, hereby grants the motion. The new due date for supplemental briefing is March 15, 2017.

DONE this 6th day of March, 2017.

_____
The Honorable James L. Robart
United State District Court Judge

ORDER CONTINUING SUPPLEMENTAL
BRIEFING – 1